DLA PIPER US LLP
ROY K. MCDONALD, Bar No. 193691
roy.mcdonald@dlapiper.com
STEVE CHIARI, Bar No. 221410
stephen.chiari@dlapiper.com
DAVID M. DOYLE, Bar No. 233439
david.doyle@dlapiper.com
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

T. WADE WELCH & ASSOCIATES
CHAD M. HAGAN (*application for admission pro hac vice filed concurrently herewith*)
chagan@twwlaw.com
CHRISTINE D. WILLETTS (*application for admission pro hac vice filed concurrently herewith*)
cwilletts@twwlaw.com
2401 Fountainview, Suite 700
Houston, Texas 77057
Tel: 713.952.4334
Fax: 713.952.4994

Attorneys for Plaintiffs
DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C. and NAGRASTAR L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>    Plaintiffs,<br><br>    v.<br><br>SatFTA aka SERGEI ALEX ALEXEYEV,<br><br>    Defendant. | CASE NO. _____<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

-1-

SF\3141779.1
302056-15

PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff DISH Network L.L.C. is an indirect wholly-owned subsidiary of DISH Network Corporation, f/k/a EchoStar Communications Corporation. DISH Network Corporation is publicly owned and traded on the NASDAQ national market under the symbol "DISH."

2. Plaintiff EchoStar Technologies L.L.C. is an indirect wholly-owned subsidiary of EchoStar Corporation, f/k/a EchoStar Holdings Corporation. EchoStar Corporation is publicly owned and traded on the NASDAQ national market under the symbol "SATS."

3. Plaintiff NagraStar L.L.C. is equally owned by EchoStar Corporation and Kudelski SA. Kudelski SA has its principal place of business at 22-24, Route de Geneve, 1033 Cheseaux, Switzerland and is listed on the SWX Swiss Exchange under the symbol "KUD.VX."

Dated: March 21, 2008

DLA PIPER US LLP

By _____
DAVID M. DOYLE
Attorneys for Plaintiffs
DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C. and NAGRASTAR L.L.C.