AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C. and NAGRASTAR L.L.C.
Plaintiff
v.
SatFTA aka SERGEI ALEX ALEXEYEV
Defendant

CV 08    1561    JF    PVT

Civil Action No.

E-filing

### Summons in a Civil Action

To: SatFTA aka SERGEI ALEX ALEXEYEV
*(Defendant's name)*

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Roy K. McDonald, Esq.
Steve Chiari, Esq.
David M. Doyle, Esq.
DLA PIPER US LLP
153 Townsend St., Ste. 800
San Francisco, CA, 94107

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

Date: MAR 2 1 2008

Name of clerk of court
HELEN L. ALMACEN
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

◆ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___, _____ by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on ___ . _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00. _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com