ORIGINAL FILED
MAR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

DLA PIPER US LLP
ROY K. MCDONALD, Bar No. 193691
roy.mcdonald@dlapiper.com
STEVE CHIARI, Bar No. 221410
stephen.chiari@dlapiper.com
DAVID M. DOYLE, Bar No. 233439
david.doyle@dlapiper.com
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

T. WADE WELCH & ASSOCIATES
CHAD M. HAGAN (*pro hac vice* applicant)
chagan@twwlaw.com
CHRISTINE D. WILLETTS (*pro hac vice* applicant)
cwilletts@twwlaw.com
2401 Fountainview, Suite 700
Houston, Texas 77057
Tel: 713.952.4334
Fax: 713.952.4994

Attorneys for Plaintiffs
DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C. and NAGRASTAR L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CV 08 1561 PVT

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>SatFTA aka SERGEI ALEX ALEXEYEV,<br><br>Defendant. | CASE NO. _____<br><br>**APPLICATION OF CHRISTINE D. WILLETTS FOR ADMISSION *PRO HAC VICE* AND SUPPORTING DECLARATION** |

1  Pursuant to Civil L.R. 11-3, Christine D. Willetts, an active member in good standing of the bar of Texas, hereby applies for permission to practice on a *pro hac vice* basis before this Court in the above-entitled action to represent plaintiffs DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C. and NAGRASTAR L.L.C.

In support of this application, I certify under oath that:

1. My business address is 2401 Fountainview, Suite 700, Houston, Texas 77057.

2. I am an active member in good standing, duly licensed to practice law before all courts of the State of Texas, including the highest court of the State of Texas; and United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas and the District of Colorado.

3. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

4. I have designated as co-counsel in this matter Roy K. McDonald, Esq. (State Bar No. 193691), Stephen A. Chiari, Esq. (State Bar No. 221410) and David M. Doyle, Esq. (State Bar No. 233439), each of whom are active members in good standing of the State Bar of California and the Bar of the United States District Court for the Northern District of California, and maintain offices at DLA Piper US LLP, 153 Townsend Street, Suite 800, San Francisco, California, 94107.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2008.

CHRISTINE D. WILLETTS