DLA PIPER US LLP
ROY K. MCDONALD, Bar No. 193691
roy.mcdonald@dlapiper.com
STEPHEN A. CHIARI, Bar No. 221410
stephen.chiari@dlapiper.com
DAVID M. DOYLE, Bar No. 233439
david.doyle@dlapiper.com
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

T. WADE WELCH & ASSOCIATES
CHAD M. HAGAN (*pro hac vice* applicant)
chagan@twwlaw.com
CHRISTINE D. WILLETTS (*pro hac vice* applicant)
cwilletts@twwlaw.com
2401 Fountainview, Suite 700
Houston, Texas 77057
Tel: 713.952.4334
Fax: 713.952.4994

Attorneys for Plaintiffs
DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C. and NAGRASTAR L.L.C.

**RECEIVED**

MAR 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>SatFTA aka SERGEI ALEX ALEXEYEV,<br><br>Defendant. | CASE NO. _____<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF CHAD M. HAGAN FOR ADMISSION *PRO HAC VICE* |

1   Chad M. Hagan, an active member in good standing of the State Bars of Texas and
2   Colorado, whose business address and telephone number is: 2401 Fountainview, Suite 700,
3   Houston, Texas 77057, Telephone: (713) 952-4334, Facsimile: (713) 952-4994, having applied
4   in the above-entitled action for admission to practice in the Northern District of California on a
5   *pro hac vice* basis, representing plaintiffs DISH NETWORK L.L.C., ECHOSTAR
6   TECHNOLOGIES L.L.C. and NAGRASTAR L.L.C.
7   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
9   *vice*. Service of papers upon and communication with co-counsel designated in the application
10  will constitute notice to the party. All future filings in this action are subject to the requirements
11  contained in General Order No. 45, *Electronic Case Filing*.
12  DATED: _____, 2008         _____
                                              UNITED STATES DISTRICT JUDGE