1  DLA PIPER US LLP
   ROY K. MCDONALD, Bar No. 193691
2  roy.mcdonald@dlapiper.com
   STEPHEN A. CHIARI, Bar No. 221410
3  stephen.chiari@dlapiper.com
   DAVID M. DOYLE, Bar No. 233439
4  david.doyle@dlapiper.com
   153 Townsend Street, Suite 800
5  San Francisco, CA  94107-1957
   Tel:  415.836.2500
6  Fax:  415.836.2501

7  T. WADE WELCH & ASSOCIATES
   CHAD M. HAGAN (*pro hac vice* applicant)
8  chagan@twwlaw.com
   CHRISTINE D. WILLETTS (*pro hac vice*
9  applicant)
   cwilletts@twwlaw.com
10 2401 Fountainview, Suite 700
   Houston, Texas 77057
11 Tel:  713.952.4334
   Fax:  713.952.4994
12
   Attorneys for Plaintiffs
13 DISH NETWORK L.L.C., ECHOSTAR
   TECHNOLOGIES L.L.C. and NAGRASTAR
14 L.L.C.

15

                    RECEIVED
                    MAR 21 2008
                    RICHARD W. WIEKING
                    CLERK, U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA

                    E-filing

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA        **PVT**

                         SAN JOSE DIVISION

                                                  CV 08    1561

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>SatFTA aka SERGEI ALEX ALEXEYEV,<br><br>Defendant. | CASE NO. _____<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF CHRISTINE D. WILLETTS FOR ADMISSION *PRO HAC VICE*** |

DLA PIPER US LLP
SAN FRANCISCO

SF\3141787.1
302056-15

-1-
[PROPOSED] ORDER GRANTING APPLICATION OF CHRISTINE D. WILLETTS
FOR ADMISSION *PRO HAC VICE*

1  Christine D. Willetts, an active member in good standing of the State Bar of Texas, whose
2  business address and telephone number is: 2401 Fountainview, Suite 700, Houston, Texas 77057,
3  Telephone: (713) 952-4334, Facsimile: (713) 952-4994, having applied in the above-entitled
4  action for admission to practice in the Northern District of California on a *pro hac vice* basis,
5  representing plaintiffs DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C. and
6  NAGRASTAR L.L.C.
7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
9  *vice*. Service of papers upon and communication with co-counsel designated in the application
10 will constitute notice to the party. All future filings in this action are subject to the requirements
11 contained in General Order No. 45, *Electronic Case Filing*.
12 DATED: _____, 2008

       _____
       UNITED STATES DISTRICT JUDGE

DLA PIPER US LLP
SAN FRANCISCO
SF\3141787.1
302056-15
-2-
[PROPOSED] ORDER GRANTING APPLICATION OF CHRISTINE D. WILLETTS
FOR ADMISSION *PRO HAC VICE*