```
 1  DLA PIPER US LLP
    ROY K. MCDONALD, Bar No. 193691
 2  roy.mcdonald@dlapiper.com
    STEPHEN A. CHIARI, Bar No. 221410
 3  stephen.chiari@dlapiper.com
    DAVID M. DOYLE, Bar No. 233439
 4  david.doyle@dlapiper.com
    153 Townsend Street, Suite 800
 5  San Francisco, CA  94107-1957
    Tel:  415.836.2500
 6  Fax:  415.836.2501

 7  T. WADE WELCH & ASSOCIATES
    CHAD M. HAGAN (pro hac vice applicant)
 8  chagan@twwlaw.com
    CHRISTINE D. WILLETTS (pro hac vice
 9  applicant)
    cwilletts@twwlaw.com
10  2401 Fountainview, Suite 700
    Houston, Texas 77057
11  Tel:  713.952.4334
    Fax:  713.952.4994
12
    Attorneys for Plaintiffs
13  DISH NETWORK L.L.C., ECHOSTAR
    TECHNOLOGIES L.L.C. and NAGRASTAR
14  L.L.C.
```

**Filed**
APR - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**RECEIVED**
MAR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JF

PVT

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>SatFTA aka SERGEI ALEX ALEXEYEV,<br><br>Defendant. | CASE NO.    1561<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF CHAD M. HAGAN FOR ADMISSION *PRO HAC VICE* |

-1-

1  Chad M. Hagan, an active member in good standing of the State Bars of Texas and
2  Colorado, whose business address and telephone number is: 2401 Fountainview, Suite 700,
3  Houston, Texas 77057, Telephone: (713) 952-4334, Facsimile: (713) 952-4994, having applied
4  in the above-entitled action for admission to practice in the Northern District of California on a
5  *pro hac vice* basis, representing plaintiffs DISH NETWORK L.L.C., ECHOSTAR
6  TECHNOLOGIES L.L.C. and NAGRASTAR L.L.C.

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
9  *vice*. Service of papers upon and communication with co-counsel designated in the application
10 will constitute notice to the party. All future filings in this action are subject to the requirements
11 contained in General Order No. 45, *Electronic Case Filing*.
12 DATED: _____, 2008

UNITED STATES DISTRICT JUDGE