```
Filed
APR - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
MAR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

1  DLA PIPER US LLP
   ROY K. MCDONALD, Bar No. 193691
2  roy.mcdonald@dlapiper.com
   STEPHEN A. CHIARI, Bar No. 221410
3  stephen.chiari@dlapiper.com
   DAVID M. DOYLE, Bar No. 233439
4  david.doyle@dlapiper.com
   153 Townsend Street, Suite 800
5  San Francisco, CA 94107-1957
   Tel: 415.836.2500
6  Fax: 415.836.2501

7  T. WADE WELCH & ASSOCIATES
   CHAD M. HAGAN (*pro hac vice* applicant)
8  chagan@twwlaw.com
   CHRISTINE D. WILLETTS (*pro hac vice*
9  applicant)
   cwilletts@twwlaw.com
10 2401 Fountainview, Suite 700
   Houston, Texas 77057
11 Tel: 713.952.4334
   Fax: 713.952.4994
12
   Attorneys for Plaintiffs
13 DISH NETWORK L.L.C., ECHOSTAR
   TECHNOLOGIES L.L.C. and NAGRASTAR
14 L.L.C.

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                          SAN JOSE DIVISION
18

19 DISH NETWORK L.L.C., a Colorado           CASE NO.            1561
   Limited Liability Company, ECHOSTAR
20 TECHNOLOGIES L.L.C., a Texas Limited      [PROPOSED] ORDER GRANTING
   Liability Company, and NAGRASTAR          APPLICATION OF CHRISTINE D.
21 L.L.C., a Colorado Limited Liability      WILLETTS FOR ADMISSION *PRO HAC*
   Company,                                  *VICE*
22
                   Plaintiffs,
23
         v.
24
   SatFTA aka SERGEI ALEX ALEXEYEV,
25
                   Defendant.
26

27

28

DLA PIPER US LLP
SAN FRANCISCO

SF\3141787.1
302056-15

-1-

[PROPOSED] ORDER GRANTING APPLICATION OF CHRISTINE D. WILLETTS
FOR ADMISSION *PRO HAC VICE*

1  Christine D. Willetts, an active member in good standing of the State Bar of Texas, whose
2  business address and telephone number is: 2401 Fountainview, Suite 700, Houston, Texas 77057,
3  Telephone: (713) 952-4334, Facsimile: (713) 952-4994, having applied in the above-entitled
4  action for admission to practice in the Northern District of California on a *pro hac vice* basis,
5  representing plaintiffs DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C. and
6  NAGRASTAR L.L.C.

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
9  *vice*. Service of papers upon and communication with co-counsel designated in the application
10 will constitute notice to the party. All future filings in this action are subject to the requirements
11 contained in General Order No. 45, *Electronic Case Filing*.

12 DATED: 3 31 , 2008

13                                                    UNITED STATES DISTRICT JUDGE

DLA PIPER US LLP
SAN FRANCISCO

SF\3141787.1
302056-15

-2-
[PROPOSED] ORDER GRANTING APPLICATION OF CHRISTINE D. WILLETTS
FOR ADMISSION *PRO HAC VICE*