```
 1  DLA PIPER US LLP
    ROY K. MCDONALD, Bar No. 193691
 2  roy.mcdonald@dlapiper.com
    STEPHEN CHIARI, Bar No. 221410
 3  stephen.chiari@dlapiper.com
    DAVID M. DOYLE, Bar No. 233439
 4  david.doyle@dlapiper.com
    153 Townsend Street, Suite 800
 5  San Francisco, CA  94107-1957
    Tel:  415.836.2500
 6  Fax:  415.836.2501

 7  T. WADE WELCH & ASSOCIATES
    CHAD M. HAGAN (pro hac vice)
 8  chagan@twwlaw.com
    CHRISTINE D. WILLETTS (pro hac vice)
 9  cwilletts@twwlaw.com
    2401 Fountainview, Suite 700
10  Houston, Texas 77057
    Tel:  713.952.4334
11  Fax:  713.952.4994

12  Attorneys for Plaintiffs
    DISH NETWORK L.L.C., ECHOSTAR
13  TECHNOLOGIES CORPORATION and
    NAGRASTAR L.L.C.
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>SatFTA aka SERGEI ALEX ALEXEYEV,<br><br>Defendant. | CASE NO.  08 CV 01561 JF (PVT)<br><br>**DECLARATION OF STEPHEN CHIARI IN SUPPORT OF APPLICATION FOR ORDER FOR PUBLICATION OF SUMMONS AND TO EXTEND TIME TO EFFECTUATE SERVICE** |

DLA PIPER US LLP
SAN FRANCISCO

WEST\21449033.1    CHIARI DECLARATION IN SUPPORT OF APPLICATION FOR ORDER FOR PUBLICATION
OF SUMMONS (CASE NO. 08CV01561 JF (PVT))

I, Stephen Chiari, declare:

1. I am an attorney at DLA Piper US LLP, counsel for Plaintiffs DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C. (collectively "EchoStar"), and NAGRASTAR L.L.C. ("NagraStar") (collectively "Plaintiffs") in this action. I have personal knowledge of the facts contained in this declaration and if called as a witness could and would testify thereto.

2. This declaration is being submitted in support of Plaintiffs' application for an order directing publication of summons against Defendant SatFTA aka SERGEI ALEX ALEXEYEV ("Defendant" or "Alexeyev") pursuant to the provisions of California Code of Civil Procedure section 415.50.

3. Plaintiffs' complaint in this action was filed on March 21, 2008, and contains causes of action for violations of the Digital Millennium Copyright Act, the Communications Act, and the California Penal Code.

4. Our office attempted to locate Sergei Alex Alexeyev for service of process. We ran a "person search" on a LexisNexis database for anyone with the last name Alexeyev in California. The report showed a Sergey Alexeyev with the address 558 Los Olivos Drive, #210, Santa Clara, CA 95050-5535, and indicated that Alexeyev has resided at that address since January 1998.

5. Our office sought the assistance of Wheels of Justice Attorney Services to personally serve Alexeyev. Attached hereto as Exhibit A is the Wheels of Justice Attorney Services Declaration demonstrating that ten (10) attempts at personal service were made and that the process server "staked out" the Defendant's residence with negative results.

6. On June 18, 2008, our office attempted to reach Alexeyev by telephone at the number listed on the "people search" report, but the number was disconnected.

7. On June 18, 2008, we mailed the summons and complaint to Alexeyev's last known address by first-class mail pursuant to California Code of Civil Procedure section 415.30. [As of the date of this declaration, we have not received an executed Acknowledgement of Receipt from Mr. Alexeyev.]

8. On June 13, 2008 and June 24, 2008, Plaintiffs' counsel left voicemails for Curtis Rodriguez, Defendant's attorney in another matter to determine whether Mr. Rodriguez would accept service on behalf of Defendant or could otherwise advise of Defendant's whereabouts. As of the date of this filing, counsel has received no return phone call.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct. Executed this 2nd day of July 2008 at San Francisco, California.

          /s/ Stephen Chiari
          STEPHEN CHIARI

**EXHIBIT A**

DAVID M. DOYLE, ESQ. (233439)
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, California 94107
Telephone: (415) 659-7000
Attorneys for: PLAINTIFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s)  : DISH NETWORK LLC, et al.
Defendant(s) : SATFTA, etc.

Hearing Date:
Time:                Dept.

| Invoice No. W2496367 | DECLARATION RE DILIGENCE | Case No. CV08 1561 JF PVY |

I Wheels of Justice , and any employees or independent contractors retained by WHEELS OF JUSTICE, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on

### SatFTA aka SERGEI ALEX ALEXEYEV

(3) Alternate Address : ,
(2) Business Address  : Unknown,
(1) Residence Address: 558 Los Olivos Drive, Santa Clara, California 95050

<u>Date and time of attempt(s):</u>

PER ASSESSOR, the defendant owns the property

| Date | Time | Result |
|---|---|---|
| 05/08/08 | 9:20 p.m. | No answer - no lights |
| 05/09/08 | 8:06 p.m. | No answer |
| 05/10/08 | 11:30 a.m | No answer - little girls bike in front |
| 05/13/08 | 8:18 p.m. | No answer - little girls bike in front |
| 05/16/08 | 7:09 p.m. | No answer - little girls bike in front |
| 05/17/08 | 10:53 a.m. | No answer - little girls bike in front |
| 05/19/08 | 8:29 p.m. | No answer - little girls bike in front |
| 05/20/08 | 9:07 a.m. | No answer |
| 05/22/08 | 4:30 p.m. | No answer |
| 05/28/08 | 8:05 a.m. | No answer |

The residence (townhome) is owned by the defendant. One neighbor is vacant and the other has no idea who lives there. There has never been any lights or movement, nor cars in the driveway - not sure if a stakeout would payoff

6/13/08
Stakedout from 6am - 10am - no movement or change at all, neighbor still unsure who lives there - they have not seen anyone in a while

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on June 19, 2008           Signature:_____
                                    Wheels Of Justice

Printed on recycled paper   **WHEELS OF JUSTICE, INC.**, 657 Mission Street, Suite 502, San Francisco, CA  94105  (415) 546-6000