```
 1  DLA PIPER US LLP
    ROY K. MCDONALD, Bar No. 193691
 2  roy.mcdonald@dlapiper.com
    STEPHEN CHIARI, Bar No. 221410
 3  stephen.chiari@dlapiper.com
    DAVID M. DOYLE, Bar No. 233439
 4  david.doyle@dlapiper.com
    153 Townsend Street, Suite 800
 5  San Francisco, CA  94107-1957
    Tel:  415.836.2500
 6  Fax:  415.836.2501

 7  T. WADE WELCH & ASSOCIATES
    CHAD M. HAGAN (pro hac vice)
 8  chagan@twwlaw.com
    CHRISTINE D. WILLETTS (pro hac vice)
 9  cwilletts@twwlaw.com
    2401 Fountainview, Suite 700
10  Houston, Texas 77057
    Tel:  713.952.4334
11  Fax:  713.952.4994

12  Attorneys for Plaintiffs
    DISH NETWORK L.L.C., ECHOSTAR
13  TECHNOLOGIES CORPORATION and
    NAGRASTAR L.L.C.
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>SatFTA aka SERGEI ALEX ALEXEYEV,<br><br>Defendant. | CASE NO.  08 CV 01561 JF (PVT)<br><br>**[PROPOSED]** ORDER FOR PUBLICATION OF SUMMONS EXTENSION OF TIME TO EFFECTUATE SERVICE |

DLA PIPER US LLP
SAN FRANCISCO

WEST\21448727.1     [PROPOSED] ORDER FOR PUBLICATION OF SUMMONS AND EXTENSION OF
                   TIME TO EFFECTUATE SERVICE (CASE NO. 08CV01561 JF (PVT))

1  Upon considering the application of Plaintiffs DISH NETWORK L.L.C., ECHOSTAR
2  TECHNOLOGIES L.L.C. (collectively "EchoStar"), and NAGRASTAR L.L.C. ("NagraStar"),
3  for an order directing service of the summons on Defendant SatFTA aka SERGEI ALEX
4  ALEXEYEV ("Defendant") by publication, and the evidence presented in support thereof, and it
5  satisfactorily appearing to the Court that Defendant cannot be served with reasonable diligence in
6  any other manner provided in Rule 4 of the Federal Rules of Civil Procedure or Sections 415.10
7  through 415.30 of the California Code of Civil Procedure, and it also appearing that a good cause
8  of action exists against Defendant,
9      IT IS HEREBY ORDERED that:
10     1.  Service of the summons in this action on Defendant SatFTA aka SERGEI ALEX
11 ALEXEYEV shall be accomplished by publication in the *San Jose Mercury News*, a newspaper
12 published and distributed in Santa Clara County, California, and designated as the newspaper
13 most likely to give actual notice to the defendant. The publication shall be made once a week for
14 four successive weeks as prescribed by California Code of Civil Procedure 415.50 and California
15 Government Code section 6064.
16     2.  A copy of the summons and complaint and of this Order for publication shall be
17 mailed to Defendant SatFTA aka SERGEI ALEX ALEXEYEV at his last known address, and to
18 any new addresses discovered during the term of publication.
19     3.  The time within which to effectuate service is extended to a date 45 days after the
20 entry of the order approving service by publication.
21     IT IS SO ORDERED.

Dated: __7/10/08__

UNITED STATES DISTRICT JUDGE
Jeremy Fogel