DLA PIPER US LLP
ROY K. MCDONALD, Bar No. 193691
roy.mcdonald@dlapiper.com
STEVE CHIARI, Bar No. 221410
stephen.chiari@dlapiper.com
DAVID M. DOYLE, Bar No. 233439
david.doyle@dlapiper.com
153 Townsend Street, Suite 800
San Francisco, California 94107-1957
Tel: 415.836.2547
Fax: 415.659.7447

T. WADE WELCH & ASSOCIATES
CHAD M. HAGAN (*application for admission pro hac vice filed concurrently herewith*)
chagan@twwlaw.com
CHRISTINE D. WILLETTS (*application for admission pro hac vice filed concurrently herewith*)
cwilletts@twwlaw.com
2401 Fountainview, Suite 700
Houston, Texas 77057
Tel:  713.952.4334
Fax:  713.952.4994

Attorneys for Plaintiffs
DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C. and
NAGRASTAR L.L.C.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>        Plaintiffs,<br><br>    v.<br><br>SatFTA aka SERGEI ALEX ALEXEYEV,<br><br>        Defendant. | CASE NO.  08 CV 01561 JF (PVT)<br><br>**PROOF OF SERVICE** |

1    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 153 Townsend Street, Suite 800, San Francisco, California 94107-1957. On July 11, 2008, I served the within documents:

**ORDER FOR PUBLICATION OF SUMMONS; EXTENSION OF TIME TO EFFECTUATE SERVICE**

**SUMMONS IN A CIVIL ACTION**

**PLAINTIFFS' COMPLAINT FOR:** Violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(1); Violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(2); Violation of the Communications Act of 1934, as amended, 47 U.S.C. § 605(a); Violation of California Penal Code § 593d(a); Violation of California Penal Code § 593e(a); Violation of California Penal Code § 593e(b); **DEMAND FOR JURY TRIAL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Sergei Alex Alexeyev
558 Los Olivos Drive
Santa Clara, CA 95050

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 11, 2008, at San Francisco, California.

_Judith A. Fazackerley_
Judith A. Fazackerley

DLA PIPER US LLP
ROY K. MCDONALD, Bar No. 193691
roy.mcdonald@dlapiper.com
STEPHEN CHIARI, Bar No. 221410
stephen.chiari@dlapiper.com
DAVID M. DOYLE, Bar No. 233439
david.doyle@dlapiper.com
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

T. WADE WELCH & ASSOCIATES
CHAD M. HAGAN (*pro hac vice*)
chagan@twwlaw.com
CHRISTINE D. WILLETTS (*pro hac vice*)
cwilletts@twwlaw.com
2401 Fountainview, Suite 700
Houston, Texas 77057
Tel: 713.952.4334
Fax: 713.952.4994

Attorneys for Plaintiffs
DISH NETWORK L.L.C., ECHOSTAR
TECHNOLOGIES CORPORATION and
NAGRASTAR L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>SatFTA aka SERGEI ALEX ALEXEYEV,<br><br>Defendant. | CASE NO. 08 CV 01561 JF (PVT)<br><br>[PROPOSED] ORDER FOR PUBLICATION OF SUMMONS EXTENSION OF TIME TO EFFECTUATE SERVICE |

DLA PIPER US LLP
SAN FRANCISCO

WEST\21448727.1   [PROPOSED] ORDER FOR PUBLICATION OF SUMMONS AND EXTENSION OF
TIME TO EFFECTUATE SERVICE (CASE NO. 08CV01561 JF (PVT))

Upon considering the application of Plaintiffs DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C. (collectively "EchoStar"), and NAGRASTAR L.L.C. ("NagraStar"), for an order directing service of the summons on Defendant SatFTA aka SERGEI ALEX ALEXEYEV ("Defendant") by publication, and the evidence presented in support thereof, and it satisfactorily appearing to the Court that Defendant cannot be served with reasonable diligence in any other manner provided in Rule 4 of the Federal Rules of Civil Procedure or Sections 415.10 through 415.30 of the California Code of Civil Procedure, and it also appearing that a good cause of action exists against Defendant,

IT IS HEREBY ORDERED that:

1. Service of the summons in this action on Defendant SatFTA aka SERGEI ALEX ALEXEYEV shall be accomplished by publication in the *San Jose Mercury News*, a newspaper published and distributed in Santa Clara County, California, and designated as the newspaper most likely to give actual notice to the defendant. The publication shall be made once a week for four successive weeks as prescribed by California Code of Civil Procedure 415.50 and California Government Code section 6064.

2. A copy of the summons and complaint and of this Order for publication shall be mailed to Defendant SatFTA aka SERGEI ALEX ALEXEYEV at his last known address, and to any new addresses discovered during the term of publication.

3. The time within which to effectuate service is extended to a date 45 days after the entry of the order approving service by publication.

IT IS SO ORDERED.

Dated: 7/10/08

UNITED STATES DISTRICT JUDGE
Jeremy Fogel