DLA PIPER US LLP
ROY K. MCDONALD, Bar No. 193691
roy.mcdonald@dlapiper.com
STEVE CHIARI, Bar No. 221410
stephen.chiari@dlapiper.com
DAVID M. DOYLE, Bar No. 233439
david.doyle@dlapiper.com
153 Townsend Street, Suite 800
San Francisco, California 94107-1957
Tel: 415.836.2547
Fax: 415.659.7447

T. WADE WELCH & ASSOCIATES
CHAD M. HAGAN (*pro hac vice*)
chagan@twwlaw.com
CHRISTINE D. WILLETTS (*pro hac vice*)
cwilletts@twwlaw.com
2401 Fountainview, Suite 700
Houston, Texas 77057
Tel: 713.952.4334
Fax: 713.952.4994

Attorneys for Plaintiffs
DISH NETWORK L.L.C., ECHOSTAR
TECHNOLOGIES L.L.C. and
NAGRASTAR L.L.C.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>SatFTA aka SERGEI ALEX ALEXEYEV,<br><br>Defendant. | CASE NO. 08 CV 01561 JF (PVT)<br><br>**PROOF OF SERVICE BY PUBLICATION** |

WEST\21466785.1

PROOF OF SERVICE BY PUBLICATION; CASE NO. 08 CV 01561 JF (PVT)

# PROOF OF PUBLICATION
## San Jose Mercury News
### 750 RIDDER PARK DRIVE
### SAN JOSE, CALIFORNIA 95190

IN THE
City of San Jose
STATE OF CALIFORNIA
COUNTY OF SANTA CLARA

DLA Piper US LLP
Judy Fazackerley
153 Townsend Street #800
San Francisco, CA 94107
    Legal Ad No. 2865702

STATE OF CALIFORNIA    )
                       ) SS.
COUNTY OF SANTA CLARA)

The undersigned, being first duly sworn, deposes and says: That at all times hereinafter mentioned affiant was and still is a citizen of the United States, over the age of eighteen years, and not a party to nor interested in the above entitled proceedings; and was at and during all said times and still is the principal clerk of the printer and publisher of the San Jose Mercury News, a newspaper of general circulation printed and published daily in the city of San Jose in said County of Santa Clara, State of California, that said San Jose Mercury News is and was at all times herein mentioned a newspaper of general circulation as that term is defined by Sections 6000 and following, of the Government Code of the State of California, and, as provided by said sections, is published for the dissemination of local or telegraphic news and intelligence of a general character, having a bona fide subscription list of paying subscribers, and is not devoted to the interests or published for the entertainment or instruction of a particular class, professional, trade, calling, race or denomination, or for the entertainment and instruction of any number of such classes, professionals, trades, callings, races or denominations; that at all times said newspaper has been established, printed and published in the said city of San Jose in said County and State at regular intervals for more than one year preceding the first publication of the notice herein mentioned; that said notice was set in type not smaller than nonpareil and was preceded with words printed in black-face type not smaller than nonpareil, describing and expressing in general terms, the purport and character of the notice intended to be given; that the clipping of which is annexed is a true printed copy, was published and printed in said newspaper on the following dates, to-wit:

July 17, 24, 31, August 7, 2008

Dated at San Jose, California
this 7th day of August, 2008
I declare under penalty of perjury that the foregoing is true and correct.

Signed....................................................
Principal clerk of the printer and publisher of the San Jose Mercury News.

---

**UNITED STATES DISTRICT COURT**
for the
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

DISH NETWORK L.L.C.,
ECHOSTAR
TECHNOLOGIES L.L.C., and          Civil Action No.
NAGRASTAR L.L.C.                   CV 08 1561
        Plaintiff                  JF (PVT)
        v.
SatFTA aka SERGEI ALEX
ALEXEYEV
        Defendant

**Summons in a Civil Action**

To: SatFTA aka SERGEI ALEX ALEXEYEV

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Roy K. McDonald, Esq.
Steve Chiari, Esq.
David M. Doyle, Esq.
DLA PIPER US LLP
153 Townsend St., Ste. 800
San Francisco, CA 94107

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: Mar 21 2008       /s/ Helen L. Almagen
                         Deputy clerk's signature

July 17, 24, 31, Aug. 7, 2008          2865702

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 153 Townsend Street, Suite 800, San Francisco, California 94107-1957. On August 15, 2008, I served the within documents:

**PROOF OF SERVICE BY PUBLICATION**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Sergei Alex Alexeyev
558 Los Olivos Drive
Santa Clara, CA 95050

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 15, 2008, at San Francisco, California.

_Judith A. Fazackerley_
Judith A. Fazackerley

DLA PIPER US LLP
SAN FRANCISCO

WEST\21466785.1