DLA PIPER US LLP
ROY K. MCDONALD, Bar No. 193691
roy.mcdonald@dlapiper.com
STEVE CHIARI, Bar No. 221410
stephen.chiari@dlapiper.com
DAVID M. DOYLE, Bar No. 233439
david.doyle@dlapiper.com
153 Townsend Street, Suite 800
San Francisco, CA  94107-1957
Tel:  415.836.2500
Fax:  415.836.2501

T. WADE WELCH & ASSOCIATES
CHAD M. HAGAN (*pro hac vice*)
chagan@twwlaw.com
CHRISTINE D. WILLETTS (*pro hac vice*)
cwilletts@twwlaw.com
2401 Fountainview, Suite 700
Houston, Texas 77057
Tel:  713.952.4334
Fax:  713.952.4994

Attorneys for Plaintiffs
DISH NETWORK L.L.C., ECHOSTAR
TECHNOLOGIES L.L.C. and
NAGRASTAR L.L.C.

**E-Filed 10/7/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>SatFTA aka SERGEI ALEX ALEXEYEV,<br><br>　　　　　　Defendant. | CASE NO.  08 CV 01561 JF (PVT)<br>ORDER GRANTING<br>**PLAINTIFF'S REQUEST TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

-1-

Plaintiffs DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C. (collectively "EchoStar"), and NAGRASTAR, L.L.C. ("NagraStar") (collectively "Plaintiffs") hereby submit this request for Plaintiffs' counsel to attend the Initial Case Management Conference by telephone. Plaintiffs' lead counsel is located in Houston, Texas and, thus, it is impractical for them to personally appear for the initial case management conference. Accordingly, Plaintiffs respectfully request that Plaintiffs' counsel be permitted to participate in the Initial Case Management Conference by telephone.

Dated: September 29, 2008

Respectfully submitted,

T. WADE WELCH & ASSOCIATES

By: _____
Christine D. Willetts (*pro hac vice*)
Chad M. Hagan (*pro hac vice*)

Attorneys for Plaintiffs
DISH NETWORK L.L.C.,
ECHOSTAR TECHNOLOGIES L.L.C.
and NAGRASTAR, L.L.C.

Counsel is directed to contact Courtcall at 866-582-6878 to arrange for a telephonic appearance.

IT IS SO ORDERED.

Dated: October 7, 2008

_____
JEREMY FOGEL
United States District Judge

PLAINTIFFS' REQUEST TO ATTEND
INITIAL CMC BY TELEPHONE